150 A.3d 818

**ROCHKIND**

v.

**STEVENSON**

**Pet. Docket No. 430, Sept. Term, 2016**

Court of Appeals of Maryland.

December 2, 2016

Reported below: 229 Md.App. 422, 145 A.3d 570.

Petition for writ of certiorari granted.

■

150 A.3d 818

**SELECT PORTFOLIO SERVICING**

v.

**SADDLEBROOK WEST UTILITY**

**Pet. Docket No. 413, Sept.Term, 2016**

Court of Appeals of Maryland.

December 2, 2016

Reported below: 229 Md.App. 241, 145 A.3d 19.

Petition for writ of certiorari granted.